IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDGAR GORDON, | : |
| Petitioner | : |
| | : CIVIL NO. 3:CV-13-1055 |
| v. | : |
| | : (Judge Caputo) |
| MARY SABOL, *et al.*, | : |
| Respondents | : |

ORDER

AND NOW, this 12th day of **DECEMBER, 2013**, upon consideration of Petitioner's Unopposed Motion to Withdraw his Petition for Writ of Habeas Corpus (Doc. 10), it is **ORDERED** that:

1. Mr. Gordon's motion (Doc. 10) is **GRANTED.**

2. All pending motions in this case are **DENIED as MOOT.**

3. The Clerk of Court shall close this file.

A. RICHARD CAPUTO
United States District Judge